

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-2-2013

# Cheryl Harris v. Kellogg Brown & Root Services

Precedential or Non-Precedential: Precedential

Docket No. 12-3204

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Cheryl Harris v. Kellogg Brown & Root Services" (2013). *2013 Decisions*. Paper 312.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/312

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3204

_____

CHERYL HARRIS, Co-Administratrix of the Estate
of Tyan D. Maseth, deceased; DOUGLAS MASETH;
Co-Administrator of the Estate of Ryan D. Maseth, deceased,
                                                            Appellants

v.

KELLOGG BROWN & ROOT SERVICES, INC.

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No. 2-08-cv-00563
District Judge: The Honorable Nora B. Fischer

**ORDER AMENDING OPINION**

The opinion filed August 1, 2013 is hereby amended to delete Michelle L. Hylton, Esq. from the list of counsel for appellee and to add Joseph L. Luciana, III, Dingess, Foster, Luciana, Davidson & Chleboski, 20 Stanwix Street, PNC Center, Third Floor, Pittsburgh, PA 15222 to the list of counsel for appellee.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: August 2, 2013